CITY OF LOS ANGELES, a municipal corporation (acting BY AND THROUGH its DEPARTMENT OF AIRPORTS), Third-Party-Plaintiff-Appellant,

v.

AECOM SERVICES, INC.; Tutor Perini Corporation, Third-Party-Defendants-Appellees,

and

BCI Coca-Cola Bottling Company of Los Angeles; Jaroth, Inc., Third-Party-Defendants.

No. 15-56606

United States Court of Appeals, Ninth Circuit.

Filed May 9, 2017

D.C. No. 2:13-cv-04057-SJO-PJW

Before: MILAN D. SMITH, JR. and N.R. SMITH, Circuit Judges, and GARY FEINERMAN, District Judge.*

ORDER

The Opinion filed in this matter on April 24, 2016, is hereby amended as follows: On page 5, line 3, "design and construct" is replaced with "provide design and construction administrative support services for."